AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2026

SEAN F. MCAVOY, CLERK

MICHAEL H.
*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security
*Defendant*

Civil Action No. 2:25-CV-00225-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ____________ recover from the defendant *(name)* ____________ the amount of ____________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________ recover costs from the plaintiff *(name)* ____________ .

✔ other: Defendant's request to affirm the decision of the ALJ, ECF No. 13, is GRANTED. Plaintiff's request for remand, ECF No. 9, is DENIED.
Judgment in favor of Defendant.

This action was *(check one)*:

❐ tried by a jury with Judge ____________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ____________ without a jury and the above decision was reached.

✔ decided by Judge JAMES A. GOEKE

Date: 9/28/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*